# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      v.<br><br>BOBBIE LASHANETTE BESS,<br><br>      Defendant | Case No. 19-CR-2239-DMS-2<br><br>**ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the information shall be dismissed against Bobbie Lashanette Bess, only, without prejudice.

IT IS FURTHER ORDERED bond is exonerated. Defense Counsel shall prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

DATED: July 18, 2019

_____
Hon. Dana M. Sabraw
United States District Judge